IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| RIDDLE & ASSOCIATES, P.C., a Utah Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIDI MORCOS, an individual,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:06 CV 972<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul M. Warner on June 12, 2007, recommending that Defendant's Motion to Dismiss be GRANTED.

The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it.  The parties were further instructed that failure to file objections may constitute a waiver of those objections on subsequent appellate review.  Neither party has filed an objection to the Report and Recommendation.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and GRANTS Defendant's Motion to Dismiss.

DATED this 12th day of July, 2007.

_____
Dee Benson
United States District Judge